Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00438-CV

Edward R. **BENAVIDES**,
Appellant

v.

Johanna **BENAVIDES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-11998
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed: July 14, 2010

DISMISSED

On June 17, 2010, we ordered appellant, Edward R. Benavides, to provide written proof to this court by June 28 that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). We advised appellant that if he failed to respond appropriately within the time provided, the appeal would be dismissed.

Appellant responded by letter dated July 1, 2010, stating he does not want to pursue this appeal.  We therefore dismiss this appeal.

PER CURIAM